# TrueAccord

303 2nd Street, Suite 750 South, San Francisco, CA 94107

Date: Oct 2, 2018
Attention: AISHA NUNEZ
At: 5816 254TH ST, LITTLE NECK, NY, 113622124, US
TrueAccord Account Number: ███████0281

Re Account Ending In: █1008

Dear AISHA NUNEZ,

We're TrueAccord, a collection agency working with American Express to resolve your oustanding balance of $2,870.38. We understand having an outstanding balance can be overwhelming, which is why we offer flexible payment options that can be set up conveniently through our website.

It's important we begin working together to find a payment arrangement that works for you. Whether it's paying your balance in full, setting up an affordable payment plan or settling your balance for less than you owe, you're able to choose a solution that works for you.

You may begin resolving your balance online by following the instructions below:

1. Visit go.trueaccord.com/my-online-solution
2. Enter your account number: ███████0281

You can also email us at support@trueaccord.com with the following: "I wish to have collection communication sent to me via this email". Or simply click through one of the emails we sent you.

If you have any questions, give us a call at 1-866-611-2731 or email us at support@trueaccord.com. We're available Monday - Friday, 7 AM - 5 PM PT. Our agents will be happy to assist you.

Sincerely,
TrueAccord

In accordance with applicable law, please be advised of the following:

| | |
|---|---|
| Original Creditor: | American Express |
| Amount due as of charge off | $2,870.38 |
| Total interest since charge off | $0.00 |
| Non-interest charges/fees since charge off | $0.00 |
| Payments received since charge off | $0.00 |
| Adjustments made since charge off | |

We are TrueAccord, a collection agency collecting on behalf of American Express on your American Express® card account ending in 31008.

Your outstanding balance: $2870.38.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Unless you notify this office within thirty days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within thirty days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such verification or judgment. Upon your written request within the thirty-day period after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Please read below for important disclosures.

Debt collectors, in accordance with the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to: (i) the use or threat of violence; (ii) the use of obscene or profane language; and (iii) repeated phone calls made with the intent to annoy, abuse, or harass.

If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt: 1. Supplemental security income, (SSI); 2. Social security; 3.